1  WILLIAM J. GORHAM III, Bar No. 151773
   wgorham@mayallaw.com
2  NICHOLAS F. SCARDIGLI, Bar No. 249947
   nscarcligli@mayallaw.com
3  VLADIMIR J. KOZINA, Bar No. 284645
   vjkozina@rnayallaw.com
4  MAYALL HURLEY
   2453 Grand Canal Boulevard
5  Stockton, California 95207
   Telephone: (209) 477-3833
6  Facsimile: (209) 473-4818

7  Attorneys for Plaintiff Nancy Leis

8  SEAN D. DE BURGH, Bar No. 264713
   sdeburgh@colehuber.com
9  TYLER J SHERMAN, Bar No.
   tsherman@colehuber.com
10 COLE HUBER LLP
   2281 Lava Ridge Court, Suite 300
11 Roseville, California 95661
   Telephone:    (916) 780-9009
12 Facsimile:    (916) 780-9050

13 Attorneys for Herlong Public Utility District and
   Sandy A. Seifert-Raffelson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NANCY LEIS, an individual,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERLONG PUBLIC UTILITY DISTRICT; SANDY SEIFERT-RAFFELSON; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02156-MCE-JDP<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>The Hon. Morrison C. England |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: April 25, 2023                COLE HUBER LLP

By:  /s/ William J. Gorham
William J. Gorham III
Attorneys for Plaintiff

By:  /s/ Sean D. De Burgh
Sean D. De Burgh
Attorneys for Defendants

IT IS SO ORDERED.

Dated: April 27, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE